UNITED STATES DISTRICT COURT  
DISTRICT OF MARYLAND

Chambers of  
**BENSON EVERETT LEGG**  
United States District Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
(410) 962-0723

FILED  
U.S. DISTRICT COURT  
DISTRICT OF MARYLAND

2002 MAY 31  P 4: 15

CLERK'S OFFICE  
AT BALTIMORE

BY_____DEPUTY

May 31, 2002

MEMORANDUM TO MR. GEBHARDT RE:   Compass Capital Corporation v.  
Metropolitan Bank & Trust Co., et al.  
Civil #L-02-1752

Dear Mr. Gebhardt:

    Judge Strand of the U.S. District Court for the District of Arizona transferred this case to the District of Maryland. Accordingly, a status report is due on or before June 21, 2002.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

