IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| COMPASS CAPITAL CORPORATION | * |
| PLAINTIFF, | * |
| v. | *   CASE NO.: L-02-1752 |
| METROPOLITAN BANK & TRUST | * |
| DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION REGARDING TIME TO ANSWER

Plaintiff's, Compass Capital Corporation, an Arizona corporation, and Defendant, Metropolitan Bank and Trust Company, by their undersigned counsel, hereby stipulate that Defendant shall have through and including June 21, 2002 to file an answer or other responsive pleading to the Complaint.

Harvey A. Levin
_____
Harvey A. Levin, Esquire  per LJG
BIRCH, HORTON, BITTNER & CHEROT, P.C.
1155 Connecticut Avenue, N.W., Suite 1200
Washington, D.C. 20036

_____
Lawrence J. Gebhardt
GEBHARDT & SMITH LLP
The World Trade Center, 9th Floor
Baltimore, MD 21202

### ORDER

Upon the above stipulation, it is ORDERED by the United States District Court for the District of Maryland that Defendant shall file an answer or other responsive pleadings to the Complaint on or before June 21, 2002.

_____
Benson Everett Legg, United States District Judge
Date: 6/9/02