IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, *By and Through* METROPOLITAN BANK AND TRUST, | * | |
| | * | |
| v. | * | CIVIL NO. L-99-2563 |
| COMPASS CAPITAL CORPORATION, et al. | * | |
| | | |
| COMPASS CAPITAL CORPORATION | * | |
| v. | * | CIVIL NO.: L-02-1752 |
| METROPOLITAN BANK AND TRUST, et al. | * | |

**************************************************************

The Court hereby CONSOLIDATES U.S. Bank v. Compass Capital, Civ. No. L-99-2563, and Compass Capital v. U.S. Bank, Civ. No. L-02-1752.

It is so ORDERED on this _5TH_ day of November, 2002.

_____
Benson Everett Legg
United States District Judge