IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. BANK TRUST NATIONAL
ASSOCIATION,
*by and through*
METROPOLITAN BANK AND TRUST

v.                                                                          CIVIL NO. L-99-2563

COMPASS CAPITAL CORPORATION, et al.

COMPASS CAPITAL CORPORATION

v.                                                                          CIVIL NO. L-02-1752
                                                                            (consolidated)
METROPOLITAN BANK AND TRUST, et al.

## ORDER

On June 10, 2003, the parties advised that Court that the above actions have been settled, and they submitted a joint stipulation of dismissal. Accordingly, the Court hereby ORDERS that:

(i)   this action is hereby DISMISSED and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. By agreement of the parties, the dismissal is with prejudice; and

(ii)  the Clerk is DIRECTED to CLOSE the CASE.

It is so ORDERED this 11th day of June, 2003.

                                                              /s/
                                                    _____
                                                    Benson Everett Legg
                                                    Chief Judge